IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-mj-01026-KLM

IN THE MATTER OF THE EXTRADITION OF:

OSCAR BADILLO FUENTES,
    Alias MIGUEL FUENTES LOPEZ,
    Alias DAFNIS MIGUEL LOPEZ FUENTES,
    Alias "EL CABEZAS".

## ORDER

BEFORE ME, a United States Magistrate Judge for the District of Colorado, personally appeared Assistant United States Attorney David Tonini, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that OSCAR BADILLO FUENTES, Alias MIGUEL FUENTES LOPEZ, Alias DAFNIS MIGUEL LOPEZ FUENTES, Alias "EL CABEZAS" (hereinafter "BADILLO FUENTES") should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of BADILLO FUENTES be issued. The Court also ORDERS that the Complaint, this Order, and the Arrest Warrant be RESTRICTED until the arrest of the defendant or further order of this Court.

DATED: **15 Feb 2013**

_____
United States Magistrate Judge